IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARGARITA NELSON, and RODGER NELSON,<br><br>    Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | 8:19CV240<br><br>**ORDER OF DISMISSAL** |

This matter comes before the Court upon the plaintiffs' Dismissal with Prejudice (Filing No. 72). Upon consideration of the pleading, the Court finds that the stipulated motion in the above captioned action should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this action is hereby dismissed with prejudice, with each party to bear their own costs.

Dated this 4th day of February, 2022.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge